IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **STACY GLOVER WILLIE,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:21-CV-1600-C |
| | § | |
| **PACIFICA HARBORVIEW-KESSLER,** | § | |
| **LLC d/b/a THE MERIDIAN AT KESSLER** | § | |
| **PARK** | § | |
| | § | |
| Defendant. | § | |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

TO THE HONORABLE COURT:

NOW COMES Stacy Glover Willie, Plaintiff and Pacifica Harborview-Kessler, LLC d/b/a The Meridian at Kessler Park, Defendant in the above-numbered and styled cause, and jointly file this Agreed Stipulation of Dismissal with Prejudice to dismiss this cause of action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and in support thereof show:

All matters of fact and things in controversy have now been fully and finally resolved by and between the parties hereto.

WHEREFORE, PREMISES CONSIDERED, Plaintiff dismisses this action with prejudice as to any and all claims that could have been asserted by Plaintiff against Defendants herein with prejudice, with all costs taxed against the party incurring same and all attorneys' fees borne by the party incurring same.

Respectfully submitted,

/s/ *Theodore C. Anderson*
Theodore C. Anderson
State Bar No. 0125700
tca@kilgorelaw.com
D. Elizabeth Masterson
State Bar No. 00791200
dem@kilgorelaw.com

KILGORE & KILGORE, PLLC
3109 Carlisle Street
Dallas, TX 75204
(214) 969-9099 Telephone
(214) 953-0133 Facsimile
**ATTORNEY FOR PLAINTIFF**
**ASHLEY RANDLE**

and

s/ *Janice S. Parker*
Janice S. Parker
Texas Bar No. 15488050
janice.parker@kdvlaw.com
Sharon S. Gilmore
Texas Bar No. 24045943
sharon.gilmore@kdvlaw.com
KAUFMAN DOLOWICH VOLUCK
14643 Dallas Parkway, Suite 550
Dallas, Texas 75254
(972) 781-2400 Telephone
(972) 781-2401 Facsimile
**ATTORNEYS FOR DEFENDANT**
**THE MERIDIAN AT KESSLER PARK**

## CERTIFICATE OF SERVICE

The undersigned certifies that on April 25, 2022, a true and correct copy of the foregoing document was served using the Court's electronic filing system.

*/s/ Theodore C. Anderson*
Theodore C. Anderson