IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| STACY GLOVER WILLIE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| PACIFICA HARBORVIEW-KESSLER, LLC | ) |
| d/b/a The Meridian at Kessler Park, | ) |
| | ) |
| Defendant. | ) Civil Action No. 3:21-CV-1600-C |

## ORDER

On this day, the Court considered the Parties' Agreed Stipulation of Dismissal with Prejudice, filed April 25, 2022, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**IT IS THEREFORE ORDERED** that all claims asserted in the above-styled and -numbered civil action are hereby **DISMISSED WITH PREJUDICE** with costs taxed against the party incurring the same.

SO ORDERED.

Dated April 26, 2022.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE