IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| STACY GLOVER WILLIE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| PACIFICA HARBORVIEW-KESSLER, LLC | ) |
| d/b/a The Meridian at Kessler Park, | ) |
| | ) |
| Defendant. | )   Civil Action No. 3:21-CV-1600-C |

## JUDGMENT

For the reasons stated in the Court's Order of even date,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the above-styled and -numbered civil action be **DISMISSED** with prejudice.

SIGNED this 26th day of April, 2022.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE